

City, State, or Zip

18101 Metz Dr, Germantown, MD 20874





# 18101 Metz Dr, Germantown, MD 20874

3 beds · 3.5 baths · 1,144 sqft

**OFF MARKET**
Zestimate®: $258,223
Rent Zestimate®: $1,800 /mo

END UNIT WITH FINISHED WALKOUT BASEMENT IN GOOD SHAPE JUST NEED SOME TLC - SHORT SALE...OWNER REQUESTS COUNSELORS TITLE FOR SETTLEMENT. PLEASE CALL OWNER FOR APPOINTMENT.

## Facts and Features

**Type**
Single Family

**Year Built**
1979

**Heating**
Heat pump

**Cooling**
Central

**Parking**
Off street

**Lot**
3,077 sqft

### INTERIOR FEATURES

**Bedrooms**
Beds: 3

**Heating and Cooling**
Heating: Heat pump
Heating: Gas
Cooling: Central

**Basement**
Finished basement

**Flooring**
Floor size: 1,144 sqft

**Other Interior Features**
Fireplace
Room count: 13

### SPACES AND AMENITIES

## Home Value

Zestimate

**EXHIBIT A**

## $258,223

| ZESTIMATE RANGE | LAST 30 DAY CHANGE | ONE YEAR FORECAST |
| --- | --- | --- |
| $245,000 - $271,000 | +$4,791 (+1.9%) | $269,043 (+4.2%) |

## Price This Home

### Homes like this sold for $213-290K.



PRICE THIS HOME

Choose your own comparables to figure out a good offer price.

## Price / Tax History

| DATE | EVENT | PRICE | | $/SQFT | SOURCE |
| --- | --- | --- | --- | --- | --- |
| 03/16/16 | Listing removed | $250,900 | | $219 | Fairfax Realty... |
| 02/06/16 | Listed for sale | $250,900 | -7.1% | $219 | Fairfax Realty... |
| 02/22/05 | Sold | $270,000 | +136% | $236 | |
| 11/12/99 | Sold | $114,250 | | $99 | |

## Neighborhood: 20874

| MEDIAN ZESTIMATE | MARKET TEMP |
| --- | --- |
| **$288,700** ⇧ 3.4% Past 12 months | **Warm** Buyers' Market — Sellers' Market |

Zillow predicts will rise 1.6% next year, compared to a 1.4% rise for Germantown as a whole. Among 20874 homes, this home is valued 7.7% less than the midpoint (median) home, but is valued 9.8% more per square foot.

🚶 Walk Score 34 (Car-Dependent)   🚌 Transit Score™ 37 (Some Transit)

NEIGHBORHOOD MAP



NEARBY HOMES



## Nearby Schools in Germantown

| GREATSCHOOLS RATING | | GRADES | DISTANCE |
|---|---|---|---|
| 4 out of 10 | Great Seneca Creek Elementary | K-5 | 0.2 mi |
| 7 out of 10 | Roberto W. Clemente Middle | 6-8 | 1.7 mi |
| 8 out of 10 | Northwest High | 9-12 | 0.4 mi |

Data by GreatSchools.org

**About the ratings:** Historically, GreatSchools ratings have been based solely on a comparison of standardized test results for all schools in a given state. As of September 2017, the GreatSchools ratings also incorporate additional information, when available, such as college readiness, academic progress, advanced courses, equity, discipline and attendance data. GreatSchools ratings are designed to be a starting point to help parents compare schools, and should not be the only factor used in selecting the right school for your family.

**Disclaimer:** School attendance zone boundaries are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

## Similar Homes for Sale

**13043 Mill House Ct, Germantown, MD 20874**
FOR SALE
$229,000
3 beds, 3.0 baths, -- sqft
13043 Mill House Ct, Germa

**13121 Wonderland Way APT 6, Germantown, MD 20874**
FOR SALE
$189,999
2 beds, 3.0 baths, 1102 sqft
13121 Wonderland Way APT

**13117 Deer Path Ln, Germantown, MD 20874**
FOR SALE
$389,000
3 beds, 4.0 baths, 1520 s...
13117 Deer Path Ln, German

**18448 Stone Hollow Dr, Germantown, MD 20874**
FOR SALE
$276,500
3 beds, 4.0 baths, 2096 s...
18448 Stone Hollow Dr, Ge

**13207 Chalet Pl # 5-104, Germantown, MD 20874**
FOR SALE
$139,900
2 beds, 2.0 baths, 1049 s...
13207 Chalet Pl # 5-104, Ge

## Nearby Similar Sales

**SOLD: $212,500**
Sold on 11/17/2017
3 beds, 3.0 baths, 1306 sqft
13317 Rushing Water Way # 3A, Germantown, MD 20874

**SOLD: $240,000**
Sold on 2/28/2017
3 beds, 3.0 baths, 1188 sqft
18102 Metz Dr, Germantown, MD 20874

**SOLD: $240,000**
Sold on 10/27/2017
3 beds, 4.0 baths, 1716 sqft
18161 Metz Dr, Germantown, MD 20874

**SOLD: $245,000**
Sold on 2/13/2017
3 beds, 1.5 baths, 1232 sqft
12931 Kitchen House Way, Germantown, MD 20874

**SOLD: $253,000**
Sold on 4/3/2017
3 beds, 2.0 baths, 1198 sqft
13085 Open Hearth Way, Germantown, MD 20874