**SPS** SELECT Portfolio SERVICING, inc. P.O. Box 65250 Salt Lake City, UT 84165-0250 www.spservicing.com

**Mortgage Statement**
Statement Date: 12/15/2017
Page 1 of 3

| | |
|---|---|
| Customer Service: | (800) 258-8602 |
| Monday - Thursday | 8:00AM - 11:00PM ET |
| Friday | 8:00AM - 9:00PM ET |
| Saturday | 8:00AM - 2:00PM ET |

For other important information, see reverse side

Mouri Ferreira
18101 Metz Dr
Germantown, MD 20874-2313

2193

| Account Number | 0019531474 |
|---|---|
| Property Address | 18101 METZ DR GERMANTOWN MD 20874 |

### Explanation of Amount Due

THIS IS NOT AN ATTEMPT
TO COLLECT A DEBT.

THIS STATEMENT IS BEING SENT FOR
INFORMATIONAL PURPOSES ONLY.

We acknowledge your bankruptcy filing. Any payments made on your account should be sent to the address listed in the attached coupon.

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $330,901.02 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $330,901.02 |
| Interest Rate (Until September 2020) | 3.000% |
| Prepayment Penalty | No |

### Transaction Activity (11/16/2017 to 12/15/2017)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 11/16 | BEG BALANCE | $330,901.02 | $24,543.84 | $8,173.16 | $0.00 | $0.00 | $1,028.00 | $364,646.02 |
| 11/21 | FLOOD INS | 0.00 | 0.00 | 182.25 | 0.00 | 0.00 | 0.00 | 182.25 |
| 11/29 | FC ATTY FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.00 | 185.00 |
| 11/29 | FC COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 541.42 | 541.42 |
| 12/01 | COUNTY TAX | 0.00 | 0.00 | 1,036.44 | 0.00 | 0.00 | 0.00 | 1,036.44 |
| 12/15 | ENDING BALANCE | $330,901.02 | $24,543.84 | $9,391.85 | $0.00 | $0.00 | $1,754.42 | $366,591.13 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $0.00 | |

### Important Messages

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

Per IRS regulations all year end statements will be mailed no later than January 31st. Year end information will be available via our automated voice response system on January 2nd. Duplicate year end statements can be obtained from our website www.spservicing.com after February 10th. Log into your account and view or print a duplicate copy at your convenience.

**EXHIBIT B**