IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(at Greenbelt)

| | | |
|---|---|---|
| **IN RE:** | * | |
| **Mouri Ferreira** | * | Case No. 18-10882-LSS |
| Debtor | * | Chapter 13 |
| * * * * * * * * | | |
| **Mouri Ferreira** | * | |
| Movant | * | |
| vs. | * | |
| **LEWANDOWSKI FAMILY, LLC** | * | |
| **2 Kettle Pond Court** | | |
| **Potomac, MD 20854** | * | |
| **SERVE:** | | |
| **Charles A. Lewandowski, Resident Agent** | * | |
| **2 Kettle Pond Court** | | |
| **Potomac, MD 20854** | * | |
| Respondent | * | |
| * * * * * * * * * * * * * * * | | |

**NOTICE OF DEBTOR'S MOTION TO AVOID A JUDICIAL LIEN
PURSUANT TO 11 U.S.C. SECTION 522(f) AND HEARING THEREON**

A motion was filed on behalf of the debtor to avoid a lien held by LEWANDOWSKI FAMILY, LLC. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. (If you do not have a lawyer, you may wish to consult one.) A copy of the motion is attached.

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, then by **April 20, 2018**, you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

Terence Brian Garvey, Esquire
839C Quince Orchard Blvd
Gaithersburg, MD 20878.

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

If you file a timely response to the motion, the hearing on the motion will take place on **May 23, 2018**, at **10:00 A.M.**, in Courtroom **3-D**, United States Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770.

If you or your lawyer do not file and serve a timely response to the motion, the Court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

DATE March 23, 2018               /s/ Terence Brian Garvey
                                  TERENCE BRIAN GARVEY, ESQ.
                                  Federal Bar No. 07737
                                  839C Quince Orchard Blvd
                                  Gaithersburg, MD 20878
                                  Telephone: 301-948-1227
                                  Facsimile: 301-948-0002
                                  Email: tgarveylaw@comcast.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 23rd day of March, 2018, that to the extent the following were not served via the CM/ECF system, true copies of the foregoing Notice of Motion were mailed, postage prepaid, to the names and addresses set forth below:

LEWANDOWSKI FAMILY, LLC                Office of the U.S. Trustee
Charles A. Lewandowski, Resident Agent  6305 Ivy Lane, Suite 600
2 Kettle Pond Court                    Greenbelt, MD 20770
Potomac, MD 20854

Timothy P. Branigan, Chapter 13 Trustee
9891 Broken Lane Parkway, Suite 301
Columbia, MD 21046

                                       /s/ Terence Brian Garvey
                                       TERENCE BRIAN GARVEY, ESQ.