**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(at Greenbelt)**

| | | |
|---|---|---|
| **IN RE:** | * | |
| **Mouri Ferreira** | * | Case No. 18-10882-LSS<br>Chapter 13 |
|     **Debtor** | * | |
| *    *    *    *    *    *    *    * | | |
| **Mouri Ferreira** | * | |
|     **Movant** | * | |
|     **vs.** | * | |
| **LEWANDOWSKI FAMILY, LLC**<br>**2 Kettle Pond Court**<br>**Potomac, MD 20854**<br>**SERVE:**<br>**Charles A. Lewandowski, Resident Agent**<br>**2 Kettle Pond Court**<br>**Potomac, MD 20854** | *<br><br>*<br><br>*<br><br>* | |
|     **Respondent** | * | |
| *    *    *    *    *    *    *    *    *    *    *    *    *    * | | |

**ORDER AVOIDING JUDICIAL LIEN
<u>PURSUANT TO 11 U.S.C. SECTION 522(f)</u>**

UPON CONSIDERATION of the motion filed by the debtor pursuant to 11 U.S.C. Section 522(f) and Rules 4003(d), 7004, and 9014 of the Federal Rules of Bankruptcy Procedure to avoid a judicial lien, without objection it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the judicial lien imposed in Case No. 320229V in the Circuit Court for Montgomery County, Maryland, be, and the same hereby is, VOID and CANCELED in its entirety.

cc: LEWANDOWSKI FAMILY, LLC  
Charles A. Lewandowski, Resident Agent  
2 Kettle Pond Court  
Potomac, MD 20854

Timothy P. Branigan, Chapter 13 Trustee  
9891 Broken Lane Parkway, Suite 301  
Columbia, MD 21046

Office of the U.S. Trustee  
6305 Ivy Lane, Suite 600  
Greenbelt, MD 20770

**End of Order**